# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Sanjay Ashani Williams, | ) | Case No. 4:13-mj-119/4:12-cr-175-16 |
| Defendant. | ) | |

The affidavit in support of the government's complaint was filed on June 28, 2013, in Case Nos. 4:13-mj-119 and 4:12-cr-175-16 at Docket No. 1-1. The Clerk's office shall designate the affidavit as "court only" in both cases. The Clerk's office is further directed to file the redacted affidavit as an attachment to the complaint in both cases.

**IT IS SO ORDERED.**

Dated this 19th day of July, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court